UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-62233-CIV-COHN-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER LAWRENCE
and KENNETH AIKENS,

    Defendants.
_____/

## **ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS**

**THIS CAUSE** is before the Court upon the United States' Objections to Magistrate Judge's Orders [DE 72 and 73]. The Court has reviewed the objections, the referenced orders [DE 63 and 64], the Defendant Aikens' responses [DE 78 and 79], the United States' replies [DE 80 and 81], and is otherwise advised in the premises.

The orders at issue grant the Defendant Aikens' Motion for Protective Order and Quash the Government's Subpoena for Documents to JP Morgan Chase and deny the United States' Motion to Compel Responses to the United States' First Set of Interrogatories and First Set of Requests for Production of Documents.

"Pursuant to 28 U.S.C. § 636(b)(1)(A), a magistrate judge may decide non - dispositive motions. Upon objection by a party, the district court may reconsider any pretrial matter where it has been shown that the magistrate judge's order is 'clearly erroneous or contrary to law.' " *Spadaro v. City of Miramar*, 2012 WL 3614 202 (S.D. Fla. Aug. 21, 2012).

Here, the Court finds that the United States has failed to show that the Magistrate Judge's

orders were clearly erroneous or contrary to law. Accordingly, it is thereupon

ORDERED AND ADJUDGED that the United States' Objections to Magistrate Judge's Orders [DE 72 and 73] are hereby **OVERRULED**.

DONE AND ORDERED at Fort Lauderdale, Florida, this 7th day of September 2016.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record via CM/ECF